U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN 23 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| HOWARD MACK HARRIS<br>FED. REG # 07837-033 | CIVIL ACTION NO. 2:11-cv-0897 |
| VS. | SECTION P |
| | JUDGE WALTER |
| UNITED STATES COURTS, ET AL. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted and for naming defendants immune from suit, all in accordance with the provisions of 28 U.S.C. §§ 1915(d)(2)(b) and 1915A(b)(1).

Shreveport, Louisiana, this 22 day of January, 2012.

Donald E. Walter
United States District Judge